FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2013 MAY 10 PM 1:36

_Jacksonville_ Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

CIVIL RIGHTS COMPLAINT FORM

Timothy Eric Alston

CASE NUMBER: 3:13-CV-527-J-25JBT
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Det. S. H Valentine #64397
Det. F. Whitehead #63932
John H. Rutherford
Andrea Hart

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

Angela B. Corey #0023750

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: D. Ray James Detention Facility 3423 Hwy 252 E. Folkston Ga. 31537
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _Not applicable_

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):

      _Not applicable_

   3. Docket Number: _Not applicable_
   4. Name of judge: _Not applicable_
   5. Briefly describe the facts and basis of the lawsuit: _Not applicable_

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Not applicable_

   7. Approximate filing date: _Not applicable_
   8. Approximate disposition date: _Not applicable_

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, _No_

identify these suits below by providing the case number, the style, and the disposition of each case: __Not applicable__

IV.  PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: __Timothy Eric Alston #1027002__
    Mailing address: __D. Ray James Detention Facility P.O. Box 2005 Folkston, Ga. 31537__

B.  Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: __S. H. Valentine #64397__
    Mailing Address: __501 E. Bay Street Jacksonville FL 32202-2975__
    Position: __Detective Vice squad__
    Employed at: __Jacksonville Sheriff's Department/Office__

D.  Defendant: __John H. Rutherford__
    Mailing Address: __501 E. Bay Street Jacksonville, FL. 32202-2975__

DC 225 (Rev 2/2012)                     3

Position: Sheriff of Duval County/City of Jacksonville
Employed at: Jacksonville Sheriffs' Office

E. Defendant: Fr Whitehead #63932
Mailing Address: 501 E. Bay St, Jacksonville, FL 32202

Position: Detective
Employed at: Jacksonville Sheriffs' Office

F. Defendant: Angela B. Corey # 0023750
Mailing Address: Duval County Courthouse, County Court Courthouse Annex 10th Flr 220 E. Bay St, Jacksonville, FL 32202
Position: State Attorney
Employed at: State Attorneys' Office Jacksonville Florida

G. Defendant: Andrea Hart
Mailing Address: 100 W. Bay St, Suite 600 Jacksonville FL. 32202
Position: Conflict / State Appointed Defense Attorney
Employed at: Private Practice

DC 225 (Rev 2/2012)                                4

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

My rights have been violated by purposful disregard for the 4th, 5th, 6th, 8th, and 14th amendments. The State of Florida Statute and laws protecting citizens of the United States have been broken; Govermental and Prosecutorial misconduct, lost of property and evidence, distruction of livelyhood, slective and vendictive prosecution by Government and State Attorneys. continued on V.I—

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On June 14, 2012 I was arrested by Detectives under service of John H. Rutherford Sheriff of the Jacksonville Sheriffs Office. Detective S. H. Valentine #6497 arrested me on unfounded charges, in which he testified in federal court that I did not commit them. Upon the arrest Detective F. Whitehead #63932 took me into custody by taking my arm behind my back and forcing me to my knees. He then placed his knee in my back as he forced my head

Continuance V.1 Statement of Claim.

Also violations of the Double Jeopardy Clause, Dual Sovereignty Clause, Speedy Trial Act, Statute of Limitations, and 18 U.S.C. § 2518; 18 U.S.C. § 241; 18 U.S.C. § 1519; 18 U.S.C. § 2517; 18 U.S.C. § 2516; 18 U.S.C. §§ 2510-2520; 42 U.S.C. § 1983. Testifying and violation of Omnibus Crime and Safe Streets Act of 1968 Title III. Violation of procedural Municipal Orders of the Consolidated City of Jacksonville and Towing and Storage of Vehicles operational order 08.04.18 and Forfeiture Procedure 08.05.10 under and in conjunction Municipal Order 804.1101, F.S.S. 932.701-932.707, N.O.I.R.T.O.L. Wrecker Driver P-0214 Inventory Verification, M.O. 804.1103, M.O. 804.633, F.S.S. 323.001, 24 Hour Notice form P-0172, Operational order 08.04.18(I)(F)(A), F.S.S. 715.05, Signature form P-0214, F.C.F.A 932.701-932.706 The Florida Contraband Forfeiture Act, Seizure of Property Notice Form P-1714 of the Forfeiture Request Form P-0983, Police Vehicle Damage and Incident Report Form P-0562, Motor Vehicle Release Form P-0028, Notice of Hearing form P-0160, M.O. 230.101 and 230.102

Timothy Alston
Timothy Alston
# 10270021
P.O. Box 2005
Folkston, Ga, 31537

Sabrina Clifton
Notary Public, Brantley County, Georgia
My Commission Expires Jan. 24, 2015

forward. I caught myself with my one free hand from hitting the ground. That's when Detective F. Whitehead placed his entire weight, useing his knee in the small of my back and pushed forcefully downward on my head towards the asphault. He continued until my head made contact with the ground, at which time he held my head there an knelt deep into my back. I blackout and awoke being pulled by handcuffs behind my back to my feet. Head bleeding and hurting badly, with a large knot over my brow. I received no medical attention and none was called. Nor was a report of this incident loged. I attempted no escape, nor resisted arrest, or posed any threat. As I was searched immideately upon being told to exit the Undercover vehicle, inwhich I had my hands up the entire time. I and my property were seized and searched do to this falsified arrest. I neither, possessed, sole, distributed, delivered, nor purchase any controlled substances as charged by Angela B. Corey #0003750 and S.H.Valentine. My car was driven from the scene without a T.O.L. wrecker service arriving. I received no copy of impoundment, seizure, inventory or tow service. A Detective drove my car from the scene. VII -

VII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I'm requesting $350,000.00 from each individual

DC 225 (Rev 2/2012)                    6

Continuance VI.1 Statement of Facts    1 of 3

Detective C.A. Jacobs #66782 is identified as the officer whom (TJA) falsified the Notice of Impoundment report. Which is incomplete and states that the Plaintiff was notified, which is false. It shows that the Plaintiffs vehicle was towed from another location other than the scene of the incident or seizure. The Plaintiffs vehicle has been unlocated by the Plaintiff since it's seizure by Jacksonville Sheriff's Office. T.J. Williams #64390 is listed as the interviewer, in which he made selective and oppertuned recordings of which have either been altered or edited. Also transcribed and interpeted out of context. J. Lloyd #7667 transported the Plaintiff to the Pretrial Detention Facility only (P.D.F) after making an abruted, uninvolved stop on the side of the on ramp to I-95 southbound at GolFarr Blvd. to search the grounds of that on ramp. Without miranda some time after the initial arrest (approximately 2 hours) made this stop to record any possible statements of the Plaintiff, in which the Plaintiff complained about the hand cuffs being too tight and his injury to his head. Once entering into the vehicle J. Lloyd continued to record Plaintiffs complaints (as there was a mini recorder place by J. Lloyd in the security grill of the patrol car and left on and there to record) until delivered to the interrogation room and Sgt. Valentine. Where the Plaintiff was not allowed to make any calls, nor given a lawyer or miranda rights and handcuffed since being arrested some 2+ hours or more. The Plaintiff remained handcuffed and barraged with questions until deliver to the P.D.F some 2 hours and 25 minutes later. The recordings of the interrogation have been altered and/or edited in a manner to disfavorfully unfair to the Plaintiff. J.L. Carney #7115 acted as supervisor and signed off on all arrest procedures, investigations, seizures, searches, impoundments and forfeitures in violation of the state of Florida laws.

Continuance VI.I Statement of Facts 2 of 3

Upon arrival at P.D.F. Plaintiff was not helped, nor taken to the hospital until two days later June 16, 2012, after repeated request and complaints of my painful injury. Based on the above investigations, case, acts, evidence derive from such, and incident, Special Deputy U.S. Marshal, Special Agent of Florida Department of Law Enforcement in Jacksonville, Task Force Agent with the ATF Michelle O'Neal stated that she knows the Plaintiff knowingly, willfully and intentionally violated the United States Codes in her affidavit. Angela B. Corey professes the same wording in the state, in the information filed against the Plaintiff based on findings submitted by S.H. Valentine. Michelle O'Neal took no part in the states investigation or arrest, and was not present during, before, nor after such. Due to Agent Michelle O'Neal's complaint based on this states case, evidence, and information, a Federal indictment and continued detention proceeds to this present date. Causing the Plaintiff to remain in prolonged duress and anxiety of his life and freedom. again in the Federal court system for the same offenses deriving from the same acts and conduct. After forfeiture of personal property by the state. Detective Sosnonki #3629 is listed as accompanying S.H. Valentine in receiving information via phone call from a confidential source. There was no attempt to follow procedural rules involving a confidential sources validity of information or verify the source of the information. By the state of Floridas and the United States Constitutions paying an informant violates these constitutions.

Continuance VIII Statement of Facts 3 of 3

The dept of these violations run deep into the root of the now present Federal indictment, federal prosecution, federal arrest, federal evidence gotten from the state, federal continued and present detention, and federal forfeiture. Andrea Hart served as an appointed conflict of interest defense attorney. Andrea Hart after meeting her at the oral appointment in the court for no more than 5 minutes; I never seen nor spoke or communicated with her again. Ms. Hart never notified me of any state or federal actions, civil or criminal actions against me (Plaintiff). Angela B. Corey through her and by her assistant states attorneys abused the nolle prosequi power to allow pursuite of prosecution against the Plaintiff on a information filed that was flawed. This is a unanimous prosecution of the Plaintiff by the attorneys and law enforcement of the State and Federal governments for and against the Plaintiff. While at the P.D.F. the Plaintiff was denied prescribed medications by the doctor at Shands Memorial Jacksonville and substituted with Ibruprofen. All medications at the P.D.F. are issued, if orally applicable and narcotics

defendants involved, and from all agencies, departments or governing entities $10,000,000.00 each in United States currency. I'm to be awared all proceeds forthwith in the event of any type retaliation of any kind aimed at or towards or adversly effecting the Plaintiff. Also immediate release and dismissal with prejudice of all and any state or federal charges, indictments, information or complaint or affidavit stemming or deriving from this 7th State arrest.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _5th_ day of _may_, 20_13_.

_Timothy E. Alston_

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail on: the _5th_ day of _may_, 20_13_.

_Sabrina Clifton_

Notary Public, Brantley County, Georgia
My Commission Expires Jan. 24, 2015

DC 225 (Rev 2/2012)                             7